# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>DENISE HOTTO; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-00123<br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DENISE HOTTO the above process on the 22 day of February, 2017, at 3:15 o'clock, PM, at 5233 HARLAN STREET PHILADELPHIA, PA 19131, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _71-80_ Height _5'6_ Weight _150_ Race _BLACK_ Sex _FEMALE_ Hair _BLACK_
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of _Pa_ )
                                                    ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-158116
Case ID #: 4816328

Subscribed and sworn to before me
this _24_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017