UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                          Plaintiff<br><br>v.<br><br>DENISE HOTTO,<br>                          Defendant | No. 17-00123 |

## **DEFAULT JUDGMENT**

AND NOW, this __20th__ day of __March__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, January 10, 2017 and, after due service of process on Defendant, DENISE HOTTO, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, DENISE HOTTO, in the amount of $6,463.16. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:   March 20, 2017

                                                      Clerk, United States District Court
                                                      EasternDistrict of Pennsylvania

                                          By:    __s/ Terry Milano__
                                                       Deputy Clerk